# CRIMINAL CALENDAR

The following CRIMINAL CASE will be presented by the United States Government in the United States District Court, 141 Church Street, New Haven, CT, before the **Honorable JANET C. HALL, United States District Judge, on December 3, 2020, at 10:00am**

AUSA CHRISTOPHER W. SCHMEISSER

**Waiver of Indictment and Guilty Plea**

| | |
|---|---|
| UNITED STATES | **Docket No. 3:20CR223 (JCH)** |
| v. | |
| John Doe | COUNT ONE |
| (Daniel M. Erwin, Esq.) | 18 U.S.C. § 152 |
| | False Statements Under Oath in a Bankruptcy Matter |
| | |
| | PENALTIES |
| | Imprisonment: Maximum 5 Years |
| | Fine: $250,000.00 |
| | Supervised Release: 3 years |
| | Special Assessment: $100 |
| | Restitution: $64,955.00 |

To: Honorable Janet C. Hall

cc:     U. S. Attorney's Office –New Haven
    U. S. Marshal's Office – New Haven- *via email*
    U. S. Clerk's Office – Dihann Lewis, Courtroom Deputy - *via email*
    U. S. Probation Office – New Haven- *via email*
    Daniel M. Erwin, Esq. (Counsel for Defendant)- *via email*